FILED IN THIS OFFICE
OCT 26 2026
Clerk U.S. District Court Greensboro, NC
BY BT

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

______MIDDLE___ Division

DESTINEE HOOKER

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ROBERT WASHINGTON, RODNEY WASHINGTON, AND THE ALAMANCE SHERIFF'S DEPARTMENT

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:26-cv-1261
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DESTINEE HOOKER |
| Address | 5531 FANCY LOOP RD |
| | GRAHAM (*City*) NC (*State*) 27253 (*Zip Code*) |
| County | ALAMANCE |
| Telephone Number | 708-731-0570 |
| E-Mail Address | dhooker.broady@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ROBERT VANCE WASHINGTON |
| Job or Title *(if known)* | ENGINEER |
| Address | 387 ABERDEEN DR |
| | CRETE (*City*) IL (*State*) 60417 (*Zip Code*) |
| County | WILL |
| Telephone Number | 708-965-6404 |
| E-Mail Address *(if known)* | flexwashington22@gmail.com |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | RODNEY VINCE WASHINGTON |
| Job or Title *(if known)* | ENGINEER |
| Address | 3 DEBRA CT |
| | SAUK VILLAGE (*City*) IL (*State*) 60411 (*Zip Code*) |
| County | COOK |
| Telephone Number | 708-965-6403 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | THE ALAMANCE COUNTY SHERIFF'S OFFICE |
| Job or Title *(if known)* | |
| Address | 109 S MAPLE ST |
| | GRAHAM (City) NC (State) 27253 (Zip Code) |
| County | ALAMANCE |
| Telephone Number | 336-570-6300 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | City State Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Defendants violated my rights under the Fourteenth Amendment (Due Process Clause) and the Fourth Amendment of the U.S. Constitution. Specifically, local law enforcement officials acted under color of law to actively facilitate, escort, and enforce an unauthorized residential intrusion on November 24, 2024. In doing so, they deliberately bypassed and violated a valid, active 50B Domestic Violence Protective Order (DVPO) issued by a North Carolina state court, which granted me sole custody and protected my private residence. The officials used their state authority to pressure and compel me to

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"Defendant Alamance County Sheriff's Department acted directly under color of state and local law. Its uniform deputies utilized their official government authority, marked patrol vehicles, and state-issued badges to execute a 'civil escort' onto my private property on November 24, 2024. The deputies actively used their official police presence to validate a fraudulent visitation claim, pressure me under duress, and stand guard while a standing, valid 50B Domestic Violence Protective Order (DVPO) was actively breached.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Nov 24, 2024: 5531 Fancy Loop Rd Graham, NC 27253
Jan 17, 2026: 5531 Fancy Loop Rd Graham, NC 27253 and 5544 Fancy Loop Rd Graham, NC 27253

B. What date and approximate time did the events giving rise to your claim(s) occur?

Nov 24, 2024 around 3P
Jan 17, 2026 7:35P

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. The Protective Order Background:
On February 12, 2024, Judge Katherine Overby (Alamance County District Court) issued a valid 50B Domestic Violence Protective Order (DVPO) granting me sole custody of my minor children and protecting my person and residence at 5531 Fancy Loop Rd, Graham, NC.
2. The November 24, 2024 Incident (First Breach):
Defendants Robert Washington and Rodney Washington traveled to North Carolina and made fraudulent misrepresentations to the Alamance County Sheriff's Department to obtain an official police civil escort to my home. They falsely claimed they had a valid visitation order while concealing the active DVPO. My oldest daughter answered the front door, discovered the defendants outside with law enforcement, and ran upstairs to alert me. As I went to the door, my best friend, Tameka Walker, was actively on the phone with me and overheard the interaction. Defendant Rodney Washington entered my private property, aggressively recorded me on his phone, and harassed me. My aunt, Beverly, directly witnessed Rodney's harassment. A female deputy eventually ordered Rodney off my property, but the responding sheriff's deputies stood at the bottom of my steps and pressured me, stating that Robert "just wants an hour with his kids [1]." Under the duress of this police presence, I had to stand by while Robert

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the Court to order the Defendants to pay me a total of $750,000. This amount includes $500,000 in actual damages to compensate for the extreme emotional distress, mental anguish, severe stress, and fear for my personal safety and the safety of my children caused by the repeated, intentional boundary breaches and stalking at my residence. It also includes $250,000 in punitive damages because the Defendants acted maliciously and intentionally. They used a fraudulent police escort to bypass a domestic violence protective order in 2024, and in 2026, they deliberately ignored a direct, written warning sent through OurFamilyWizard, leading to an arrest on my property under the cover of darkness

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/22/2026

Signature of Plaintiff /s/ Destinee Hooker

Printed Name of Plaintiff Destinee Hooker

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

______ *City* ______ *State* ______ *Zip Code*

Telephone Number ______

E-mail Address ______

FILED
IN THIS OFFICE
OCT 26 2026
Clerk U.S. District Court
Greensboro, NC
BY BT

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

**DESTINEE HOOKER,**
Plaintiff,

v.

**ROBERT WASHINGTON,**
**RODNEY WASHINGTON**, and
**ALAMANCE COUNTY SHERIFF'S DEPARTMENT,**
Defendants.

Case No.: 1:26-cv-1261

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS AND TORTIOUS CONDUCT**

**DEMAND FOR JURY TRIAL**

Plaintiff Destinee Hooker, proceeding pro se, brings this action against Defendants Robert Washington, Rodney Washington, and the Alamance County Sheriff's Department, alleging as follows:

## JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331, as this action arises under 42 U.S.C. § 1983. This Court has diversity jurisdiction over the state-law tort claims under 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds the statutory threshold of $75,000, with the total damages sought being **$750,000.**
2. Venue is proper in the Middle District of North Carolina under 28 U.S.C. § 1391(b) because the events giving rise to these claims occurred at Plaintiff's residence within Alamance County, North Carolina.

## STATEMENT OF FACTS

3. On February 12, 2024, a valid 50B Domestic Violence Protective Order (DVPO) was officially issued against Defendant Robert Washington by Judge Katherine Overby of the Alamance County District Court, granting sole custody of the minor children to Plaintiff Destinee Hooker.

4. On November 24, 2024, while the protective order was active, Defendants Robert and Rodney Washington engineered an unlawful ambush at Plaintiff's private residence by presenting fraudulent representations to the Alamance County Sheriff's Department to secure an unauthorized civil escort.

5. The Alamance County Sheriff's Department actively facilitated this breach under color of state law, standing at the bottom of Plaintiff's steps and pressuring her into yielding a prohibited visitation while Defendant Rodney Washington aggressively filmed and harassed the Plaintiff on her own private property.

6. In February 2025, upon formal reporting of this dynamic breach and law enforcement overreach, Judge Bryan Ray officially reinstated the DVPO, legally validating that a severe protective violation had transpired.

7. On January 17, 2026, Plaintiff sent a verified notification to Defendant Robert Washington via OurFamilyWizard (OFW) explicitly warning him: 'There is a DVPO in place and a warrant out. If you pull up to this address. The police will be here.' Log records confirm he read this text warning at 10:02 AM

Eastern.

8. Despite actual, documented knowledge, the Defendants drove directly back to Plaintiff's residence that same day to engage in further targeted surveillance and trespass. Law enforcement responded and arrested Defendant Robert Washington at the scene that night.

9. The Defendants' ongoing patterns have weaponized malicious motions for contempt, committed severe defamation of character despite knowing about the underlying sexual assault and domestic violence records, and actively placed the physical lives and safety of Plaintiff and her children in severe danger.

**LEGAL CLAIMS AND CAUSES OF ACTION**

**COUNT I: Civil Rights Violations under 42 U.S.C. § 1983 (Against Alamance County Sheriff's Department)**

10. The Alamance County Sheriff's Department, acting under color of state law, actively deprived Plaintiff of her constitutional rights and protections under a valid judicial protective order by assisting non-compliant private actors in staging a forced residential intrusion.

**COUNT II: Common Law Trespass and Civil Conspiracy (Against All Defendants)**

11. Defendants Robert and Rodney Washington intentionally entered the private property of the Plaintiff without authorization, utilizing deceptive police theater to bypass judicial protective mandates.

**COUNT III: Intentional Infliction of Emotional Distress and Defamation (Against All Defendants)**

12. The Defendants' targeted harassment, malicious stalking, and fraudulent filing of contempt motions caused severe, catastrophic emotional distress and reputational harm to the Plaintiff.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Destinee Hooker respectfully requests that this Court enter judgment in her favor and against the Defendants, awarding compensatory, punitive, and special damages in the total amount of **$750,000** to remedy the extreme physical danger, constitutional deprivations, emotional distress, and reputational injury sustained.

Respectfully Submitted,

**Destinee Hooker**, Plaintiff Pro Se
Graham, North Carolina