Destin
5531 F
Graham, NC 27253

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
DRESS, FOLD AT DOTTED LINE
IED MAIL®

9589 0710 5270 4063 3214 13

Retail

UNITED STATES POSTAL SERVICE®

27401

RDC 99

U.S. POSTAGE PA
FCM LG ENV
GRAHAM, NC 272
OCT 22, 2026

$12.76

S2323A502311-

RETURN RECEIPT REQUESTED

RECEIVED
In This Office
OCT 26 2026
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
1100CB

Clerk of Court
U.S. District Court (MDNC)
324. W Market Street
Greensboro, NC
27401

RETURN RECEIPT REQUESTED

INSPECT